Emilio Renova #3004487
Montana State Prison
400 Conley Lake Rd.
Deer Lodge, MT 59722

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

EMILIO EMMANUEL RENOVA
        Plaintiff(s)

COMPLAINT
Civil Action No_____

v.

BRIAN M. GOOTKIN, and
JIM SALMONSEN.
        Defendant(s)

I. JURISDICTION & VENUE (B)

1. This is a civil action authorized by 42 U.S.C. Section 1983 to redress the deprivation, under color of state law, ofr rights secured by the Constitution of the United States. The court has jurisdiction under 28 U.S.C. section 1331 and 1343 (a)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. section 2201 and 2202. Plaintiff's claims for injunctive relief are authorized by 28 U.S.C. Section 2283 & 2284 Rule 65 of the Federal Rules of Civil Procedure.

2. The United States District Court For The District Of Montana Helena Division is an appropriate venue under 28 U.S.C Section 1391 (b) (2) because it is jursdition of Montana State Prison and The Department of Corrections in Montana.

II. PLAINTIFFS(C)
3
3. Plaintiff Emilio Emmanuel Renova, is and was at all times mentioned herein a prisoner of the State of Montana in the custody of Montana Department of Corrections. He/She is currently confined in Montana State Prison, in Deer Lodge Montana.

III. DEFENDANTS(D)

4. Defendant, Brian M. Gootkin is the Director of the state of Montana Department of Corrections. He is legally responsible for the overall operation of the Department and each institutiomn under its jurisdiction, including Montana State Prison.

5. Defendant, Jim Salmonsen is the Warden of Montana State Prison He is legally responsible for the welfare of all the inmates in that prison.

III. FACTS(E)

8. On 7/3/24 I Emilio Renova the plaintiff filed a informal grievance on the prohibition against mail ordered pen pals and mail policy 3.3.6. The defendants enforce a unconstitutional policy prohibiting inmates to communicate with with people met on Pen Pal companies and social media platfooms like facebook, twitter, instagram, and other social media websites.. See exhibit A.

9. The plaintiff here exhausted grievance 21212 as required under the PLRA requesting the defendants to amend mail policy 3.3.6 and prohibition against mail ordered pen pals and allow me to communicate with people met on pen pal publications and social media. See Exhibit B.

10. The Defendants denied grievance # 21212 on 10/15/24, in which stated the mail policy is reviewing the language. The prohibition in the mail policy 3.3.6 prevents me from communicating with p people met on the outside world and social media platforms, in which would better my daily life and well being. See exhibit C.

11. The Defendants enforcing the prohibition against pen pals and my ability to communicate on social media is vague and overbroad.

IV. LEGAL CLAIMS(F)

12. The Defendants mail policy prohibiting me access to communicate with people met on pen pal publications and social media is unconstitutional and violates my first amendment, fifth amendment, and fourteenth amendment rights. See Nickerson v. Gootkin, 2023.

V. ACTUAL INJURY(G)

13. The plaintiff here is being denied mail from people trying to communicate with me from social media websites.

14. The plaintiff here is being denied his right to communicate with the outside world and better my life, due to mail policy 3.3.6 and prohibition against mail ordered pen pals.

VI. PRAYER FOR RELIEF(H)

WHEREFORE, plaintiff respectfully prays that this court enter judgment granting plaintiff:

15. A declaration that the acts and omissions described herein violated plaintiff's rights under the Constitution and laws of the United States.

16. A preliminary and permanent injunction ordering defendants Brian M. Gootkin and Jim Salmonsen to change mail policy 3.3.6 and allow me to communicate with people met on pen pal publications and social media websites.

17. No Monetary Relief.

18. A jury trial on all issues triable by jury and appointment of counsel.


Dated: 10-24-2024 (H)
Respectfully submitted,
Emilio Renova #21212
700 Conley Lake Rd.
Deer Lodge, MT 59722
(Montana State Prison)

VERIFICATION(J)

I have read the foregoing complaint and hereby verify that bhe ma matters alleged therein are true, except as to matters alleged on information and belief, and, as tothose , I believe them to be true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Deer Lodge Montana on date: 10-24-2024

Signature: _____

EMILIO RENOVA #3004487
Montana State Prison
700 Conley Lake Rd.
Deer Lodge, MT 59722