UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

_____

| | |
|---|---|
| EMILIO EMMANUEL RENOVA, | JUDGMENT IN A CIVIL CASE |
| | CV 24-76-H-BMM |
| Plaintiff, | |
| vs. | |
| BRIAN M. GOOTKIN, et al. | |
| Defendants. | |

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**  **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of December 6, 2024 (Doc. 6), this action is DISMISSED without prejudice.

Dated this 8th day of January, 2025.

TYLER P. GILMAN, CLERK

By: /s/ T. Gesh
T. Gesh, Deputy Clerk